**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 19, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00704-CV

---

### IN RE LANHUONG NGUYEN, Relator

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
295th District Court
Harris County, Texas
Trial Court Cause No. 2018-71885**

---

## MEMORANDUM OPINION

On September 12, 2019, relator Lanhuong Nguyen filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Donna Roth, presiding judge of the 295th District Court of Harris County, to vacate her July 15, 2019 and August 22, 2019 orders awarding real party in interest CL Investments,

LLC $2,100 of attorney's fees under Civil Practices and Remedies Code section 12.002.

Relator has also filed a motion for temporary relief, asking our court to stay the orders pending our decision on the petition. *See* Tex. R. App. Proc. 52.10.

Generally, to obtain mandamus relief, a relator must show both that the trial court clearly abused its discretion and that the relator has no adequate remedy at law, such as an appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). However, when an order is void, the relator need not satisfy the lack of an adequate appellate remedy, and mandamus relief is appropriate. *In re Vaishangi, Inc.*, 442 S.W.3d 256, 261 (Tex. 2014) (orig. proceeding).

Relator has not shown that she lacks an adequate remedy by appeal after final judgment or that the orders are void. We therefore deny relator's petition for writ of mandamus and motion for temporary relief.

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant.